Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of leather miniature boxing gloves and baseball gloves or other leather articles similar in all material respects to those the subject of *United States* v. *Ignaz Strauss & Co., Inc.* (37 C. C. P. A. 32, C. A. D. 415), the claim of the plaintiff was sustained.

**No. 54696.**—Amertrade, Inc., et al. *v.* United States, protests 124367–K (A), etc. (New York).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of synthetic stones the same in all material respects as those the subject of *S. Nathan & Co., Inc.* v. *United States* (37 C. C. P. A. 99, C. A. D. 426), the claim at 10 percent under paragraph 1528 was sustained.

**No. 54697.**—J. & H. Baer, Inc., et al. *v.* United States, protests 151666–K, etc. (New York).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of synthetic stones the same in all material respects as those the subject of *S. Nathan & Co., Inc.* v. *United States* (37 C. C. P. A. 99, C. A. D. 426), the claim at 10 percent under paragraph 1528 was sustained.

**No. 54698.**—J. & H. Baer, Inc., et al. *v.* United States, protests 156029–K, etc. (New York).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of synthetic stones the same in all material respects as those the subject of *S. Nathan & Co., Inc.* v. *United States* (37 C. C. P. A. 99, C. A. D. 426), the claim at 10 percent under paragraph 1528 was sustained.

**No. 54699.**—Herman Hollander, Inc., et al. *v.* United States, protests 141508–K, etc. (New York).

Opinion by MOLLISON, J.   In accordance with stipulation of counsel that the merchandise consists of raw ostrich skins similar in all material respects to those the subject of Abstract 54236, the claim for free entry under paragraph 1765 was sustained.